**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>RANDY HARVEY,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR21-00437 SB<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

FILED — CLERK, U.S. DISTRICT COURT — SEP 23 2021 — CENTRAL DISTRICT OF CALIFORNIA

Upon motion of __government__, IT IS ORDERED that a detention hearing is set for __09/30/2021__, ____, at __12:00__ ☐ a.m. / ☒ p.m. before the Honorable __Maria A. Audero__, in Courtroom __690 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/23/21__          U.S. District Judge/Magistrate Judge          MAA